# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Madeline Cox Arleo, U.S.D.J. |
| v. | Crim. No. 12-313 |
| JUAN RAFAEL VALDEZ-CALDERA | 2:21-mj-449-EJY |

## TRANSPORT ORDER

Having considered the United States' Motion, communicated via e-mail, to have the defendant Juan Rafael Valdez-Caldera transported from the District of Nevada to the District of New Jersey for further proceedings on the Indictment filed against him, it is hereby ORDERED

That the United States Marshals Service transport the defendant forthwith from the District of Nevada to the District of New Jersey for further proceedings in this matter.

DATE: June 4, 2021

HON. MADELINE COX ARLEO
United States District Judge